# EXHIBIT A

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF SUFFOLK

-----------------------------------------------------------------X
William King Moss III, Plaintiff,

-- against --

The Board of Education of the Brentwood Union Free School District, Brentwood Union Free School District, and both individually and in their official capacities, Richard Loeschner and Katie Lasky, Defendants,
-----------------------------------------------------------------X

**SUMMONS WITH NOTICE**

Index No. ________________

To the Above-Named Defendants:

PLEASE TAKE NOTICE THAT YOU ARE HEREBY SUMMONED to appear in this action by serving a notice of appearance on the Plaintiff at the address set forth below within 20 days after the service of this Summons (not counting the day of service itself), or within 30 days after service is complete if the summons is not delivered personally to you within the State of New York. Plaintiff designates Suffolk County as the place of trial. The basis of this designation is that Defendants reside in Suffolk County and that the Defendants are a school district and public officials and employees (public authorities). Venue is proper in this Court pursuant to CPLR § 503. Venue based on residence, § 504. Actions against counties, cities, towns, villages, school districts, and district corporations and § 505. Actions involving public authorities. This Court has personal jurisdiction over the Defendants pursuant to CPLR §§ 301 and 302.

NOTICE: This is an action for representations, actions and conduct of the above-named Defendants germane to the solicitation, advertisement, selection, hiring promotion and/or retention of candidates to fulfill the probationary administrative positions that Kate Lasky was

appointed to on August 24, 2024, including the appropriations of payments to the salary of such; respondeat superior; negligent misrepresentations; breach of employment opportunity contract causing damage; fraud by others outside of the contract; intentional interference with a contractual relationship, malicious interference with contract rights; promissory estoppel; deceit; negligence; intentional and negligent emotional distress; aiding and abetting; attempting to aid and abet; employment discrimination; retaliation; aiding and abetting employment discrimination; aiding and abetting retaliation; attempting to aid and abet employment discrimination; attempting to aid and abet retaliation; breach of fiduciary duty; breach of oath of office; breach of statutory duty; and negligence in enforcing and intentional violations of: Brentwood Union Free School District's School Board Policies #0100 Equal Opportunity and Non-Discrimination, #0100R Equal Opportunity and Non-Discrimination Regulation, #0116 Policy Against Retaliation, #9110 Equal Employment Opportunity and #9240 Recruiting and Hiring of Employees; New York State Constitution Article 1, §11 Equal Protections and Civil Rights; New York State Constitution Article 5, §6 Civil Service Appointments and Promotions; New York State Executive Law Article 15 Human Rights Law §290-300 series; New York State Civil Rights Law §40 and §40-c; Suffolk County Human Rights Law §528 Series. Constitution of the State of New York: Article 1 §6 (due process), Article 1 §11 (equal protection); Article 5§6 (competitive appointments according to merit and fitness); United States Constitution 14th Amendment (due process, equal protection); N.Y Civil Service Law §75, §75-b, and §95; §740-741 sequence. This action seeks Plaintiffs' relief from and for the following: mental anguish, emotional distress, pain and suffering, personal injury to mental and physical health, discriminatory acts, retaliatory acts, and intentional acts that cause the Plaintiff to suffer the loss

of financial, opportunity and quality of life benefits both directly and indirectly, and the illegal, unconstitutional, fraudulent and wasteful uses of District tax-payer funds.

These actions are being taken pursuant to all of the aforementioned statutes and the following, but limited to: New York State General Municipal Law §§50-53 sequence, New York State Civil Procedure Rules and Practices §214 sequence; New York State Civil Procedure Rules and Practices §203 sequence; New York State State Finance Law §123; and New York State Civil Service Law §102.

Plaintiff seeks relief, including: (a) declaratory relief; (b) injunctive relief (c) compensatory damages in an amount to be determined at trial; (d) punitive damages in an amount to be determined at trial (e) court/proceeding fees and costs; (f) attorneys' , experts' fees and consultants' fees and costs; and (g) such other and further relief as the Court may deem just and proper.

Plaintiff expressly reserves the right to name additional individuals and entities as defendants, including additional Brentwood Union Free School District employees.

YOU ARE HEREBY NOTIFIED THAT should you fail to answer or appear, a judgment will be entered against you by default for the relief including declaratory and injunctive orders and damages of not less than five million dollars ($6,000,000) in amounts already paid in fees, amounts for personal injury, mental anguish and emotional distress, loss of wages, and additional amounts to be determined, plus interest at the rate prescribed by law, attorneys' fees including expert and consultant fees, and any additional costs of this action.

Dated: August 23, 2024

Brentwood, NY 11717

Signature of William King Moss III

32 S. 5th Ave

Brentwood, NY 11717

631-245-3957

Defendants' Addresses:

Board of Education of the Brentwood Union Free School District and Brentwood Union Free School District, % Kathy Hoey, District Clerk, 52 Third Ave, Brentwood, NY 11717

Richard Loeschner, 211 Brook St, Oakdale, NY 11769 (home) and Felicio Administration Bldg, 52 Third Ave, Brentwood, NY 11717 (work)

Katie Lasky, 424 Middle Rd, Bayport, NY 11705 (home) and Brentwood High School, 1st St and S. 5th Ave, Brentwood, NY 11717 (work)

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF SUFFOLK

-------------------------------------------------------------------X
William King Moss III, Plaintiff,

-- against --

The Board of Education of the Brentwood Union Free School District, Brentwood Union Free School District, and both individually and in their official capacities, Richard Loeschner and Katie Lasky, Defendants,
-------------------------------------------------------------------X

**VERIFICATION**

Index No. ________________

Date Index Number Purchased:

________________________

William King Moss III, being duly sworn, deposes and says that he is the above-referenced Plaintiff; deponent has read the foregoing Summons with Notice and is familiar with its contents; the same is true to deponent's knowledge, except as to those matters stated to be alleged upon information and belief, and as to those matters deponent believes it to be true.

[signature]
William King Moss III, Plaintiff

Sworn to before me on this 23rd

day of August 2024.

[signature]
NOTARY PUBLIC

BINOY K KURIAKOSE
STATE OF NEW YORK
NOTARY PUBLIC
Qualified in NASSAU County
01KU6327191
MY COMMISSION EXPIRES 07/06/2027

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF SUFFOLK

---------------------------------------------------------------------X
William King Moss III, Plaintiff,

-- against --

The Board of Education of the Brentwood Union Free School District, Brentwood Union Free School District, and both individually and in their official capacities, Richard Loeschner and Katie Lasky, Defendants,
---------------------------------------------------------------------X

**PART 130 CERTIFICATION**

Index No. ________________

Date Index Number Purchased:

________________________

CERTIFICATION: I hereby certify that all of the papers that I have, filed or submitted to the court in this action/proceeding are not frivolous in subsection (c) of Section 130-1.1 of the Rules of the Chief Administrator of the Courts.

Dated: 8·23·24

William King Moss III

Sworn to before me on this 23rd

day of August 2024.

NOTARY PUBLIC

BINOY K KURIAKOSE
STATE OF NEW YORK
NOTARY PUBLIC
Qualified in NASSAU County
01KU6327191
MY COMMISSION EXPIRES 07/06/2027

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF SUFFOLK

------------------------------------------------------------------X
William King Moss III, Plaintiff,

-- against --

The Board of Education of the Brentwood Union Free School District, Brentwood Union Free School District, and both individually and in their official capacities, Richard Loeschner and Katie Lasky, Defendants,
------------------------------------------------------------------X

**ATTORNEY GENERAL NOTIFICATION**

Index No. ________________

TO THE ATTORNEY GENERAL OF NEW YORK STATE:

PLEASE TAKE NOTICE: The above-captioned plaintiff will be taking action against the above-caption defendants, in part, due to the violations of New York State Civil Rights Laws §40, §40-c.1 and §40-c.2 before, during and after the appointment of Katie Lasky to be a high school assistant principal in the Brentwood Union Free School District on August 24, 2023 and pursuant to New York State State Finance Law 123-c.

Dated: 8/23/24

[signature]

WILLIAM KING MOSS III
32 S 5th Ave
Brentwood, NY 11717
631-245-3957

FILED: SUFFOLK COUNTY CLERK 08/23/2024 11:25 PM INDEX NO. 620986/2024
NYSCEF DOC. NO. 4 RECEIVED NYSCEF: 08/23/2024

# REQUEST FOR JUDICIAL INTERVENTION

UCS-840 (rev. 01/01/2024)

Supreme COURT, COUNTY OF Suffolk

Index No: 620986/2024 Date Index Issued: 8/23/24

**For Court Use Only:**
IAS Entry Date:
Judge Assigned:
RJI Filed Date:

**CAPTION** Enter the complete case caption. Do not use et al or et ano. If more space is needed, attach a caption rider sheet.

William King Moss III

Plaintiff(s)/Petitioner(s)

-against-

Board of Education of the Brentwood Union Free School District, Brentwood Union Free School District, Richard Loeschner in his/her/their official capacity, Richard Loeschner Individually, Katie Lasky in his/her/their official capacity, Katie Lasky Individually

Defendant(s)/Respondent(s)

## NATURE OF ACTION OR PROCEEDING: Check only one box and specify where indicated.

### COMMERCIAL
- ☐ Business Entity (includes corporations, partnerships, LLCs, LLPs, etc.)
- ☒ Contract
- ☐ Insurance (where insurance company is a party, except arbitration)
- ☐ UCC (includes sales and negotiable instruments)
- ☐ Other Commercial *(specify)*: ______

***NOTE:*** *For Commercial Division assignment requests pursuant to 22 NYCRR 202.70(d), complete and attach the* ***COMMERCIAL DIVISION RJI ADDENDUM (UCS-840C)****.*

### TORTS
- ☐ Asbestos
- ☐ Environmental *(specify)*: ______
- ☐ Medical, Dental or Podiatric Malpractice
- ☐ Motor Vehicle
- ☐ Products Liability *(specify)*: ______
- ☐ Other Negligence *(specify)*: ______
- ☐ Other Professional Malpractice *(specify)*: ______
- ☐ Other Tort *(specify)*: ______

### SPECIAL PROCEEDINGS
- ☐ Child-Parent Security Act *(specify)*: ☐ Assisted Reproduction ☐ Surrogacy Agreement
- ☐ CPLR Article 75 - Arbitration [see ***NOTE*** in **COMMERCIAL** section]
- ☐ CPLR Article 78 - Proceeding against a Body or Officer
- ☐ Election Law
- ☐ Extreme Risk Protection Order
- ☐ MHL Article 9.60 - Kendra's Law
- ☐ MHL Article 10 - Sex Offender Confinement *(specify)*: ☐ Initial ☐ Review
- ☐ MHL Article 81 (Guardianship)
- ☐ Other Mental Hygiene *(specify)*: ______
- ☐ Other Special Proceeding *(specify)*: ______

### MATRIMONIAL
- ☐ Contested

***NOTE:*** *If there are children under the age of 18, complete and attach the* ***MATRIMONIAL RJI Addendum (UCS-840M)****.*

*For Uncontested Matrimonial actions, use the Uncontested Divorce RJI* ***(UD-13)****.*

### REAL PROPERTY Specify how many properties the application includes: ______
- ☐ Condemnation
- ☐ Mortgage Foreclosure *(specify)*: ☐ Residential ☐ Commercial

Property Address: ______

***NOTE:*** *For Mortgage Foreclosure actions involving a one to four-family, owner-occupied residential property or owner-occupied condominium, complete and attach the* ***FORECLOSURE RJI ADDENDUM (UCS-840F)****.*

- ☐ Partition

***NOTE:*** *Complete and attach the* ***PARTITION RJI ADDENDUM (UCS-840P)****.*

- ☐ Tax Certiorari *(specify)*: Section: ______ Block: ______ Lot: ______
- ☐ Tax Foreclosure
- ☐ Other Real Property *(specify)*: ______

### OTHER MATTERS
- ☐ Certificate of Incorporation/Dissolution [see ***NOTE*** in **COMMERCIAL** section]
- ☐ Emergency Medical Treatment
- ☐ Habeas Corpus
- ☐ Local Court Appeal
- ☐ Mechanic's Lien
- ☐ Name Change/Sex Designation Change
- ☐ Pistol Permit Revocation Hearing
- ☐ Sale or Finance of Religious/Not-for-Profit Property
- ☐ Other *(specify)*: ______

## STATUS OF ACTION OR PROCEEDING Answer YES or NO for every question and enter additional information where indicated.

| | YES | NO | | |
|---|---|---|---|---|
| Has a summons and complaint or summons with notice been filed? | ☐ | ☒ | If yes, date filed: | |
| Has a summons and complaint or summons with notice been served? | ☐ | ☒ | If yes, date served: | |
| Is this action/proceeding being filed post-judgment? | ☐ | ☒ | If yes, judgment date: | |

## NATURE OF JUDICIAL INTERVENTION Check one box only and enter additional information where indicated.

- ☐ Infant's Compromise
- ☐ Extreme Risk Protection Order Application
- ☐ Note of Issue/Certificate of Readiness
- ☐ Notice of Medical, Dental or Podiatric Malpractice — Date Issue Joined: ______
- ☐ Notice of Motion — Relief Requested: ______ Return Date: ______
- ☐ Notice of Petition — Relief Requested: ______ Return Date: ______
- ☐ Order to Show Cause — Relief Requested: ______ Return Date: ______
- ☐ Other Ex Parte Application — Relief Requested: ______
- ☐ Partition Settlement Conference
- ☐ Poor Person Application
- ☒ Request for Preliminary Conference
- ☐ Residential Mortgage Foreclosure Settlement Conference
- ☐ Writ of Habeas Corpus
- ☐ Other *(specify)*: ______


1 of 2

FILED: SUFFOLK COUNTY CLERK 08/23/2024 11:25 PM INDEX NO. 620986/2024
NYSCEF DOC. NO. 4 RECEIVED NYSCEF: 08/23/2024

**RELATED CASES** List any related actions. For Matrimonial cases, list any related criminal or Family Court cases. If none, leave blank. If additional space is required, complete and attach the **RJI Addendum (UCS-840A)**.

| Case Title | Index/Case Number | Court | Judge (if assigned) | Relationship to instant case |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**PARTIES** For parties without an attorney, check the "Un-Rep" box and enter the party's address, phone number and email in the space provided. If additional space is required, complete and attach the **RJI Addendum (UCS-840A)**.

| Un-Rep | Parties<br>List parties in same order as listed in the caption and indicate roles (e.g., plaintiff, defendant, 3rd party plaintiff, etc.) | Attorneys and Unrepresented Litigants<br>For represented parties, provide attorney's name, firm name, address, phone and email. For unrepresented parties, provide party's address, phone and email. | Issue Joined<br>For each defendant, indicate if issue has been joined. | Insurance Carriers<br>For each defendant, indicate insurance carrier, if applicable. |
|---|---|---|---|---|
| ☐ | Name: Moss, William K.<br>Role(s): Plaintiff/Petitioner | William Moss III, 32 S Fifth Avenue , Brentwood, NY 11717, williamkmoss3@gmail.com | ☐ YES ☒ NO | |
| ☒ | Name: Board of Education of the Brentwood Union Free School District<br>Role(s): Defendant/Respondent | 52 Third Ave, Brentwood, NY 11717 | ☐ YES ☒ NO | |
| ☒ | Name: Brentwood Union Free School District<br>Role(s): Defendant/Respondent | 52 Third Ave, Brentwood, NY 11717, 631-434-2325 | ☐ YES ☒ NO | |
| ☒ | Name: Loeschner, Richard<br>Role(s): Defendant/Respondent | 52 Third Ave, Brentwood, NY 11717 | ☐ YES ☒ NO | |
| ☒ | Name: Loeschner, Richard<br>Role(s): Defendant/Respondent | 211 Brook St, Oakdale, NY 11769 | ☐ YES ☒ NO | |
| ☒ | Name: Lasky, Katie<br>Role(s): Defendant/Respondent | 1st St and S. 5th Ave, Brentwood, NY 11717 | ☐ YES ☒ NO | |
| ☒ | Name: Lasky, Katie<br>Role(s): Defendant/Respondent | 424 Middle Rd, Bayport, NY 11705 | ☐ YES ☒ NO | |
| ☐ | Name:<br>Role(s): | | ☐ YES ☐ NO | |
| ☐ | Name:<br>Role(s): | | ☐ YES ☐ NO | |
| ☐ | Name:<br>Role(s): | | ☐ YES ☐ NO | |

**I AFFIRM UNDER THE PENALTY OF PERJURY THAT, UPON INFORMATION AND BELIEF, THERE ARE NO OTHER RELATED ACTIONS OR PROCEEDINGS, EXCEPT AS NOTED ABOVE, NOR HAS A REQUEST FOR JUDICIAL INTERVENTION BEEN PREVIOUSLY FILED IN THIS ACTION OR PROCEEDING.**

Dated: 08/23/2024

William King Moss III
Signature

William King Moss III
Print Name

Attorney Registration Number

*This form was generated by NYSCEF*


2 of 2

ALERT: HURRICANES HELENE AND MILTON, FLOODING, AND SEVERE WEATHER IN THE SOUTHEASTERN AND MID-ATLANTIC U.S. MAY IMP...

# USPS Tracking®

FAQs >

Tracking Number:

Remove ✕

## 9505506569964236340423

Copy Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered in or at the mailbox at 11:11 am on August 26, 2024 in HAUPPAUGE, NY 11788.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

### Delivered

**Delivered, In/At Mailbox**

HAUPPAUGE, NY 11788
August 26, 2024, 11:11 am

**See All Tracking History**

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

**Text & Email Updates**

**USPS Tracking Plus®**

**Product Information**

See Less

Track Another Package

Enter tracking or barcode numbers

Feedback

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs


PRESS FIRMLY TO SEAL
UNITED STATES POSTAL SERVICE
Expected delivery date spec
Domestic shipments include
USPS Tracking® service inclu
Limited international insuranc
When used internationally, a
FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT
TRACKED ■ INSURED
PS00001000014
EP14F October 2023
OD: 12 1/2 x 9 1/2
P
US POSTAGE IMI 78834082320491 2000391909
$9.85
SSK
PM
08/23/24 Mailed from 11729 028W2311558
PRIORITY MAIL®
2.70 oz
RDC 03
WILLIAM MOSS
32 S 5TH AVE
BRENTWOOD NY 11717
EXPECTED DELIVERY DAY: 08/26/24
C054
SHIP TO:
LETITIA JAMES
ATTORNEY GENERAL
STE 230
300 MOTOR PKWY
HAUPPAUGE NY 11788-5190
USPS TRACKING® NUMBER
9505 5065 6996 4236 3404 23
FROM:
William Moss
32 S. 5th Ave
Brentwood, NY 11717
TO:
Attorney General Letitia James
300 Motor Parkway, Suite 230
Hauppauge, NY 11788
PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED
PAPER POUCH
how2recycle.info
This package is made from post-consumer waste. Please recycle - again.
This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments.
Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; October 2023; All rights reserved.

November 16, 2024

Supreme Court of the State of New York
Appellate Division - Second Department
45 Monroe Place
Brooklyn, NY 11201

RE: William King Moss III vs The Board of Education of the Brentwood Union Free School District et al.
Docket No.: Not yet assigned

Dear Court and Defendants,

I am the Plaintiff in the aforementioned lawsuit. I am submitting this letter to make corrections in the Summons with Notice as follows.

1. “Kate Lasky was appointed to on August 24, 2024” should say “Katie Lasky, also known as Kate Lasky, was appointed to on August 24, 2023”
2. “employment discrimination; retaliation; aiding and abetting employment discrimination; aiding and abetting retaliation; attempting to aid and abet employment discrimination; attempting to aid and abet retaliation” should say “employment discrimination; aiding, abetting, inciting, compelling or coercing employment discrimination; attempting to aid, abet, incite, compel or coerce employment discrimination; retaliation; aiding, abetting, inciting, compelling or coercing retaliation; attempting to aid, abet, incite, compel or coerce retaliation”
3. “United States Constitution 14th Amendment (due process, equal protection)” should be deleted/omitted as this is state court.
4. “§740-741 sequence” should say “N.Y. Labor Law §740-741 sequence”
5. “but limited to” should say “but not limited to”
6. “five million dollars” should say “six million dollars”

Dated: November 16, 2024
Brentwood, New York

William King Moss III
32 S. 5th Ave
Brentwood, NY 11717
631-245-3957
williamkmoss3@gmail.com

CC: VIA PERSONAL SERVICE ON OR PRIOR TO DECEMBER 21, 2024

Board of Education of the Brentwood Union Free School District and Brentwood Union Free School District, % Kathy Hoey, District Clerk, 52 Third Ave, Brentwood, NY 11717

Richard Loeschner, 211 Brook St, Oakdale, NY 11769 (home) and Felicio Administration Bldg, 52 Third Ave, Brentwood, NY 11717 (work)

Katie Lasky, 424 Middle Rd, Bayport, NY 11705 (home) and Brentwood High School, 1st St and S. 5th Ave, Brentwood, NY 11717 (work)

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF SUFFOLK

--------------------------------------------------------------------X

William King Moss III, Plaintiff,

-- against --

The Board of Education of the Brentwood Union Free School District, Brentwood Union Free School District, and both individually and in their official capacities, Eileen Felix, Cynthia Ciferri, Julia Burgos, Hassan Ahmed, Maria Malave Brandon Garcia Eileen Harmon, Richard Loeschner and Meredith Foraker, Defendants,

--------------------------------------------------------------------X

**AFFIDAVIT OF SERVICE OF THE ATTORNEY GENERAL NOTIFICATION**

Index No. 620986/2024

Clinton Harris, being duly sworn, deposes and says under penalty of perjury; that he is not a party to this action, is 18 years of age or older and is a resident of the State of New York; that on November 18, 2024 at 4:10 a.m./p.m. deponent served the attached Attorney General Notification on the Attorney General Letitia James by personally delivering it to: Assistant Attorney General Theresa Corey (Black female) at the office of Attorney General Letitia James, 300 Motor Parkway, Suite 230, Hauppauge, NY 11788.

Dated: Nov. 18, 2024
Brentwood, New York

[signature]
CLINTON HARRIS
15 Carver Blvd
Bellport, NY 11713
870-636-2559

Sworn to before me on this 18th
day of Nov 2024.

[signature]
NOTARY PUBLIC

BHADRESH ACHARYA
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01AC5002965
QUALIFIED IN SUFFOLK COUNTY
MY COMMISSION EXPIRES OCTOBER 13, 2026

STATE OF NEW YORK ATTORNEY GENERAL SUFFOLK RO RECEIVED
2024 NOV 18 PM 4:10

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF SUFFOLK

-------------------------------------------------------------------X
William King Moss III, Plaintiff,

-- against --

The Board of Education of the Brentwood Union Free School District, Brentwood Union Free School District, and both individually and in their official capacities, Eileen Felix, Cynthia Ciferri, Julia Burgos, Hassan Ahmed, Maria Malave Brandon Garcia Eileen Harmon, Richard Loeschner and Katie Lasky, Defendants,
-------------------------------------------------------------------X

**ATTORNEY GENERAL NOTIFICATION**

Index No. 620986/2024

TO THE ATTORNEY GENERAL OF NEW YORK STATE:

PLEASE TAKE NOTICE: The above-captioned plaintiff will be taking action against the above-caption defendants, in part, due to the violations of New York State Civil Rights Laws §40, §40-c.1 and §40-c.2 before, during and after the appointment of Katie Lasky to be a Brentwood High School Assistant Principal in the Brentwood Union Free School District on August 24, 2023 and pursuant to New York State State Finance Law 123-c.

Dated: 11/18/24

William K Moss III

WILLIAM KING MOSS III
32 S 5th Ave
Brentwood, NY 11717
631-245-3957